IN THE United State District Court
OF McLennan County Court

CASE,,
CASE,,

RE JOHN CORNELIUS MONTGOMERY
CID 0053742 Plaintiff

VERSUS

Judge,, RALPH STROTHER

CASHIER CHECK,, 12395/0684

PAID DAVIS HUDSON,, 10,000.00

Retain for your Record
0016410003761

Receipt 68366 3

7-24-2018

BANK 05/76 35 89

D4 13583177 "

In the United State District Court
For McLennan County Court
Waco Division

Case 2015 1889-C-1
Case 6:12-mc-263

Movant Motion.

RE,, John Montgomery  C/D 0053742
    Plaintiff.

Versus.

1. Kevin Reyna
2. Jody Krunnow
3. Kenneth Davis
4. Srederick Rougely
5. Johnny Barnhart

Illegal Charge. False Arrest police injury Slander of my name

John [signature]   Civil Case

IN THE UNITED STATE DISTRICT COURT
OF MCLENNAN COUNTY OF TEXAS
WACO DIVISSION.

MSB,, SURCHARGE PROCESSING C34809

CASE
CASE,, 6:12-MC-263.

WRIT. OF HABEAS CORPUS MOVANT SUPRESS ORDERED
MOTION TO FILE CASE ON JUDGE RALPH STROTHER.

RE,, JOHN CORNELIUS MONTGOMERY PLAINTED 0053742

VERSUS,

JUDGE RALPH STROTHER 19th DISTRICT JUDGE

RETAIN FOR YOUR RECORD 00164/003761

7-24-2018,, 10,000.00 DOLLARS.

RECEIPT NO. 683663. BANK 05/763589

A. 13583177.

SIGN John Mont[signature]   DATE
                            FILE

IN THE UNITED STATE DISTRICT COURT
OF MCLENNAN OF TEXAS WACO DIVISSION

CASE,,
CASE,, 6:12:MC.263.
FALSE. CASE: FALSE CHARGE

MOTION SURPRESS THIS COURT JUDGE.
WRIT OF HABEAS CORPUS DUE PROCESS.

Judge RALPH STROTHER 19th DISTRICT COURT JUDGE.

VERSUS.

RE. JOHN CORNELIUS MONTGOMERY PLAINTED 0053742
Civil LAWSUIT FALSE ARREST, FALSE CHARGE.

ASSAULT BY MCLENNAN COUNTY JAILER. SLANDER OF NAMES ILLEGAL STOP ILLEGAL ARREST DUE PROCESS DOUBBLE JEOPARY INDICTMENT TWICE ON SAME CASE, ILLEGAL ADD ON CHARGE WHILE IN JAIL ONE YEAR LATER WHILE IN JAIL GAVE ME EVADING ARREST LAWYER GUY COX CASE ON APPEAL,, WAS SENT TO STATE HOSIPTAL ON FALSE CHARGE,, NOW I HAVE PAPER SHOWING DRIVEN RECORD,, NOW MICHEAL SIMER'S NO MORE MY LAWYER.

LAWYER ON RECORD. DAVIS HUDSON. C.D. 0053742.

AMOUNT Eighty Billion, DOLLARS ET. AL AMOUNT.
CASHIER CHECK 123951O684. Receipt 683663
                                          I HIRE. FOR ALL,,EAS(
SIGN, John Montg[omery]  PAID 10,000.00. MY LAWYER


TOLL FREE (866) 223-3583
LOCAL (512) 454-4759
Mon - Thur 8AM - 9PM, Fri 8AM - 6PM
Saturday 8AM - 12PM

**SURCHARGE PROCESSING**
www.txsurchargeonline.com
PO BOX 16733
AUSTIN, TX 78761-6733



July 14, 2018

John Montgomery
1231 Adam
Waco TX 76706

Reference Account: C34809
Surcharge Assessment: No Insurance Surcharge

Dear John:

We wish to acknowledge receipt of your correspondence regarding the above referenced surcharge account. We hereby confirm that we received your payment in the amount of $31.25 on March 14, 2011 for the above referenced account, which has a balance of $0.00. In addition, we received your payments in the amount of $31.25 each on March 14, 2011 for the reference account, G00793, G93555, N98258, and T34177, which currently have a remaining balance due of $0.00 each.

Lastly, we received your payment in the amount of $260.00 on March 22, 2011 for reference account, U61886, AC1718, CG9726, and CV2973, which currently has a remaining balance due of $0.00.

Please allow up to three to five days for this payment to update to your driver history with the Texas Department of Public Safety.

Please note that all other obligations to the Texas Department of Public Safety (DPS) including other surcharge accounts, if applicable, must be satisfied to ensure your driving privileges are not suspended or do not remain suspended. If you would like to check your driving eligibility or pay reinstatement fees visit www.texas.gov/driver and select Driver License Reinstatement & Status. If you have any other questions relating to your driver license, please visit www.dps.texas.gov.

If you would like more information on the Driver Responsibility Program, please visit MSB website at www.txsurchargeonline.com. For additional questions or concerns regarding this or any other surcharge account, you can speak to an MSB Program Specialist at (800) 688-6882.

Sincerely,

Surcharge Pocessing
Municipal Srvices Bureau
On behalf othe Texas Department of Public Safety



## Pickens Bail Bonds

705 Kane Bellmead, TX 76705 * 254-755-7589 / toll free 877-742-2245

July 27, 2018

MONTGOMERY, JOHN CORNELIUS
402 Owen Lane #8
Waco, TX 76710

We have been informed by the court that you are scheduled to appear on the dates listed below. If you have an attorney, we suggest you call his office and ask him about this setting.

If you have already spoken with your attorney, and he has informed you that you **do not** have to appear or that this case has been postponed to another date, then please disregard this notice. Otherwise, you may wish to contact your attorney to inquire about what you need to do next.

| Date | Time | Setting | Court | Offense | Attorney |
|---|---|---|---|---|---|
| 09/21/2018 | 8:30 AM | Pre-Trial | 19th District | Assault Public Servant-3f | M. Simer |
| 09/28/2018 | 8:30 AM | Status Hearing | 19th District | Assault Public Servant-3f | M. Simer |
| 10/09/2018 | 8:30 AM | Trial | 19th District | Assault Public Servant-3f | M. Simer |

County Court (misdemeanor) is on the second floor, and Felony (19th and 54th District) court is on the third floor of the McLennan county courthouse. SHORTS ARE NOT ALLOWED! If you have any questions, please do not hesitate to call us.

Charlie Pickens
254-755-7589
cpick88@yahoo.com





**Pickens Bail Bonds**

May 23, 2018

705 Kane Bellmead. TX 76705 • 254-755-7589 / toll free 877-742-2245

MONTGOMERY, JOHN CORNELIUS
402 Owen Lane #8
Waco, TX 76710

We have been informed by the court that you are scheduled to appear on the dates listed below. If you have an attorney, we suggest you call his office and ask him about this setting.

If you have already spoken with your attorney, and he has informed you that you **do not** have to appear or that this case has been postponed to another date, then please disregard this notice. Otherwise, you may wish to contact your attorney to inquire about what you need to do next.

| Date | Time | Setting | Court | Offense | Attorney |
|---|---|---|---|---|---|
| 07/13/2018 | 9:00 AM | Pre-Trial | 19th District | Assault Public Servant-3f | M. Simer |
| 07/20/2018 | 8:30 AM | Status Hearing | 19th District | Assault Public Servant-3f | M. Simer |
| 07/31/2018 | 8:30 AM | Trial | 19th District | Assault Public Servant-3f | M. Simer |

County Court (misdemeanor) is on the second floor and Felony (19th and 54th District) court is on the third floor of the McLennan county courthouse. SHORTS ARE NOT ALLOWED. If you have any questions, please do not hesitate to call us.

Charlie Pickens
254-755-7589
cpick88@yahoo.com



# CIVIL COVER SHEET

JS 44 (Rev. 12/07)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JOHN MONTGOMERY

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

205 887 1082

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
DAVIS HUDSON

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

JOHN MONTGOMERY
DISTRICT ATTORNEY POLICE

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☒ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☒ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
|  | ☒ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☒ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☒ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 871 IRS—Third Party 26 USC 7609 | ☒ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☒ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☒ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | ☒ 950 Constitutionality of State Statutes |
|  | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☒ 4 Reinstated or Reopened
☒ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☒ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
WACO TX AGAINST POLICE DEPARTMENT
Brief description of cause:
ILLEGAL ARREST FALSE CHARGE ETC AL

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____